UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

ASHLEY FERNANDEZ, PAUL
O'LEARY, DOREEN O'LEARY,
KAREN MAHLKE, FRANCESA
SANTIAGO, ALDO SANTOS, JOSE
SANTOS, and OMAR RODRIGUEZ, on
behalf of himself and all others similarly
situated,

           Plaintiffs,

           v.

RESTAURANT PAYSERVE OF
AMERICA, LLC and STARR
RESTAURANTS CATERING GROUP,
LP, d/b/a STEPHEN STARR EVENTS,

           Defendants.

-----------------------------------------------------x

**CASE NO. 15 CIV. 05264 (AT)(JCF)**

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and as the Defendants have neither answered

nor moved for summary judgment, undersigned counsel on behalf of the Plaintiffs hereby

voluntarily dismiss this action without prejudice.


Dated:  New York, New York
        February 12, 2016

Respectfully submitted,

JOSEPH & KIRSCHENBAUM LLP

By: /s/ Denise A. Schulman
D. Maimon Kirschenbaum
Denise A. Schulman
32 Broadway, Suite 601
New York, NY 10004
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiffs and the proposed class*